**Cheri BRUCE and Robert Bruce,**
**Plaintiffs/Appellants,**

v.

**CITY OF SUNSET HILLS, Missouri,**
**John Spicer and Richard Westrich,**
**Defendants/Respondents.**

**No. ED 89500.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 22, 2008.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 10, 2008.

Application for Transfer Denied
June 24, 2008.

Ted F. Frapolli, The Law Offices of Ted
F. Frapolli, St. Louis, MO, for appellant.

Paule, Camazine & Blumenthal, P.C., D.
Keith Henson; Thomas M. Blumenthal, St.
Louis, MO, for respondent.

Before MARY K. HOFF, P.J., and
SHERRI B. SULLIVAN, J., and
GEORGE W. DRAPER III, J.

ORDER

PER CURIAM.

Cheri Bruce and Robert Bruce (collectively Plaintiffs) appeal from the grant of
summary judgment in favor of Officer
John Spicer (Officer Spicer), Officer Richard Westrich (Officer Westrich), and the
City of Sunset Hills (the City) (collectively
Defendants) on Plaintiffs' petition for negligence and loss of consortium. On appeal,
Plaintiffs argue the trial court erred in
granting summary judgment in favor of
Defendants because (1) Defendants' actions constituted the proximate cause of
Cheri Bruce's injuries; (2) Officers Spicer
and Westrich were not protected by the
public duty doctrine; (3) Officers Spicer
and Westrich were not protected by official immunity; and (4) the City waived
sovereign immunity through the negligent
actions of Officers Spicer and Westrich in
the operation of their patrol vehicles. We
affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be
without merit. An extended opinion reciting the detailed facts and restating the
principles of law would have no precedential value. We affirm the judgment
pursuant to Rule 84.16(b). The parties
have been furnished with a memorandum
for their information only, setting forth the
reasons for the order affirming the judgment pursuant to Rule 84.16(b).